1. Federal Civil Complaint – Alexus Wynder vs. FedEx

Plaintiff: Alexus Wynder
537 Thomas St, Stroudsburg, PA 18360
917-797-7073
Filed: December 9, 2025

3: 26 - CN - 3

FILED
SCRANTON

JAN 02 2026

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Alexus Wynder, Plaintiff

v.

FedEx Ground Package System, Inc., Defendant

Jury Trial Demanded

INTRODUCTION

Plaintiff brings this action against FedEx Ground Package System, Inc. ("FedEx") for wrongful termination, retaliation, blacklisting, interference with employment opportunities, and related damages. Plaintiff seeks compensatory damages, punitive damages, back pay, front pay, removal from internal blacklists, and all other relief deemed appropriate by the Court.

JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1331 and § 1367.

2. Venue is proper in the Middle District of Pennsylvania because the events giving rise to these claims occurred in this District.

PARTIES

Plaintiff: Alexus Wynder, residing in Stroudsburg, PA.
Defendant: FedEx Ground Package System, Inc., headquartered in Moon Township, PA, conducting business in Pennsylvania.

FACTS

1. Plaintiff was employed by FedEx as a package handler.

2. Plaintiff was wrongfully terminated on two occasions.

3. After the first termination, Plaintiff faced retaliation when attempting to return to work.

4. Over two years, Plaintiff was blacklisted internally by FedEx, preventing her from obtaining employment across multiple FedEx-affiliated contractor systems.

5. Plaintiff applied to over 89 positions and was denied due to internal blacklisting.

6. Plaintiff experienced emotional distress, anxiety, depression, and financial hardship.

7. Plaintiff is a mother of twin boys and has struggled to provide for her family.

8. Plaintiff lost wages and benefits from 2023–2025 and continues to lose future earnings due to blacklisting.

9. Pay stubs from previous homecare employment accurately reflect her wage history.

CLAIMS FOR RELIEF

Count I – Wrongful Termination
FedEx wrongfully terminated Plaintiff without cause.

Count II – Retaliation
FedEx retaliated against Plaintiff after the initial termination, violating public policy.

Count III – Blacklisting / Interference With Employment Opportunities
FedEx intentionally prevented Plaintiff from securing employment.

Count IV – Intentional Infliction of Emotional Distress
Defendant's actions caused severe emotional and financial harm.

## DAMAGES

Plaintiff seeks:

1. Back Pay: All lost wages from first termination to present.

2. Front Pay: Projected future earnings lost due to blacklisting.

3. Compensatory Damages: For emotional distress, mental suffering, and hardship.

4. Punitive Damages: For Defendant's intentional, reckless conduct.

5. Injunctive Relief: Immediate removal from all FedEx-internal and FedEx-affiliated blacklists.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant for:

Back pay and lost wages

Front pay for future earnings

Compensatory damages

Punitive damages

Removal from all FedEx blacklist systems

Attorney fees and court costs

Any other relief the Court deems just and proper

Respectfully submitted,

Alexus Wynder, Pro Se Plaintiff
Date: _____

2. Civil Cover Sheet (JS-44)

United States District Court – Middle District of Pennsylvania

I. PLAINTIFFS
Name: Alexus Wynder
Address: 537 Thomas St, Stroudsburg, PA 18360
Phone: 917-797-7073

II. DEFENDANTS
Name: FedEx Express
Primary Address: 951 Postal Rd, Allentown, PA 18109

III. JURISDICTION
☑ Federal Question (Title VII / Retaliation / Wrongful Termination / Blacklisting)

IV. NATURE OF SUIT

☑ 442 – Civil Rights: Employment
☑ 445 – Civil Rights: ADA / Retaliation
☑ 190 – Other Contract / Interference with Employment

V. ORIGIN
☑ Original Proceeding

VI. CAUSE OF ACTION
Title VII – wrongful termination, retaliation, blacklisting, interference with employment opportunities.

VII. REQUESTED RELIEF
☑ Monetary Relief
☑ Injunctive Relief (removal from blacklist)
☑ Jury Trial Requested

VIII. RELATED CASES
None

IX. SIGNATURE
Date: _____
Signature: _____
Printed Name: Alexus Wynder

3. Emotional Impact Statement

Plaintiff: Alexus Wynder
537 Thomas St, Stroudsburg, PA 18360
917-797-7073
Date: December 9, 2025

---

I am a 28-year-old mother of twin boys. FedEx's actions have caused severe and ongoing emotional distress, anxiety, and depression. Over the past two years, I have been wrongfully terminated twice, retaliated against, and blacklisted from employment opportunities, resulting in over 89 job denials.

These experiences have made it difficult to make a living and provide for my children. They have also significantly impacted my mental health, well-being, and ability to enjoy life. I have endured financial instability, loss of professional growth, and continuous stress and anxiety.

The cumulative effect of FedEx's actions has harmed both my personal and professional life, and I seek full legal redress to restore my ability to work, earn a living, and care for my family.

Respectfully submitted,


Alexus Wynder, Pro Se Plaintiff



4. Exhibit List:

1. EEOC Charge Filing Confirmation – Screenshots of online filing (Oct 1, 2025) and mailed receipt (Oct 9, 2025)


2. Right-to-Sue Letter – EEOC letter dated Dec 8, 2025


3. Emails to FedEx Legal Department – Copies sent Oct 31, 2025, including supplemental damages documentation


4. Proof of Employment Denials – Screenshots of 89+ job denials, including Amazon denial (Oct 25, 2025)


5. Pay Statements – Copies of previous homecare pay stubs reflecting current wage rate

6. Additional Documentation – Any other evidence of retaliation and blacklisting

Notes: Each exhibit is labeled numerically; 3 full copies will be provided to the Clerk.

Respectfully submitted,


Alexus Wynder, Pro Se Plaintiff

Alexus Wynder
537 Thomas St
Stroudsburg. PA 18360

RE: Pro Se Civil Filing - IFP Enclosed

Retail

U.S. POSTAGE PAID
FCM LG ENV
STROUDSBURG, PA 18360
DEC 22, 2025
$14.14

RDC 99          S2324K502938-15

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3565 2832 74

USMS - M/PA
X - RAYED

RECEIVED
SCRANTON

JAN 02 2026

PER _____
DEPUTY CLERK

Clerk of Court
U.S. District Court
Middle District of Pennsylvania
William J. Nealon Federal Building 3 U.S. Courthouse
235 N. Washington Ave
Scranton, PA 18503